Opinion PER CURIAM.

## Russell *et al.* v. Seawell.

APPEAL from Jefferson Chancery Court.

Heard before the Hon. JOHN C. CARMICHAEL.

WHITE & HOWZE, for appellants.

R. C. REDUS, for appellee.

The bill in this case was filed by the appellee, Julia P. Seawell, against the appellants; and sought to enforce an alleged statutory lien, arising from having recovered two judgments in the probate court under sections 1920 and 1921 of the Code.

The defendants demurred to the bill on the ground that the certificates of the clerk and the judgments recovered in the probate court failed to show the owners of the judgments; and, therefore, were ineffectual to create a lien. This court holds that this omission renders the registration fatally defective and wholly inoperative to create a lien, as provided by the statute.—*Duncan v. Ashcraft,* 121 Ala. 552; *Appling v. Stovall,* 123 Ala. 398. There was, therefore, error in overruling the demurrer interposed by the defendants to the bill on this ground.

The decree is reversed and a decree rendered sustaining the demurrer interposed by the appellant.

Opinion by HARALSON, J.